Samuel Y. Finley, Appellant, vs. Florida Central and Peninsular Railroad Company, Appellee.

## DIVISION A.

Appeal from the Circuit Court, Hillsborough county; John F. White, Judge.

*S. Y. Finley,* for Appellant.

*P. O. Knight,* for Appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. The decree is affirmed.